UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| STATE OF INDIANA,<br>By Attorney General Greg Zoeller | )<br>)<br>) | |
| PLAINTIFF | )<br>) | Case No. 15-12309 |
| | )<br>) | |
| v. | )<br>) | |
| | ) | |
| American Furukawa, Inc.; Delphi<br>Automotive LLP; Delphi Automotive<br>Systems, LLC; Denso Corporation; Denso<br>International America, Incorporated;<br>Fujikura Ltd.; Furukawa Electric<br>Company, Limited; G.S. Electech, Inc.;<br>G.S. Wiring Systems Inc.; G.S.W.<br>Manufacturing, Inc.; K&S Wiring Systems,<br>Inc.; Kyungshin-Lear Sales and<br>Engineering, LLC; Lear Corporation;<br>Leoni Wiring Systems, Inc.; Leonische<br>Holding Inc.; S-Y Systems Technologies<br>America, LLC; Sumitomo Electric<br>Industries, Limited; Sumitomo Electric<br>Wintec America, Inc.; Sumitomo Electric<br>Wiring Systems, Inc.; Sumitomo Wiring<br>Systems (U.S.A.) Inc.; Sumitomo Wiring<br>Systems, Ltd.; TRAM, Incorporation d/b/a<br>Tokai Rika USA, Incorporated; Tokai Rika<br>Company, Ltd.; Yazaki Corporation,<br>Yazaki North America, Incorporated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| DEFENDANTS. | ) | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DELPHI AUTOMOTIVE LLP AND
DELPHI AUTOMOTIVE SYSTEMS, LLC

PLEASE TAKE NOTICE that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses its claims against Defendants Delphi Automotive LLP and Delphi Automotive Systems, LLC, without prejudice, with each party to bear its own costs and fees.

Kevin Abraham Rynbrandt
1000 Front Avenue, N.W.
Grand Rapids, MI  49504
616-915-9266
kar@rynbrandt.com

Indiana Attorney General's Office
Indiana Government Building South
302 West Washington Street, 5th Floor
Indianapolis, IN  46204
317-232-6201

Dated:  July 21, 2015