UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STATE OF INDIANA,<br><br>   *Plaintiff,*<br>v.<br><br>AMERICAN FURUKAWA, INC., ET AL.<br><br>   *Defendants.* | Case Nos. 2:13-cv-00105; 2:15-cv-12309<br><br>Judge: Hon. Sean F. Cox<br><br>Magistrate Judge: Hon. R. Steven Whalen<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of Indiana ("Plaintiff") hereby gives notice of its voluntary dismissal with prejudice of Defendants DENSO Corporation and DENSO International America, Inc. (the "DENSO Defendants"); Furukawa Electric Company and American Furukawa, Inc. (the "Furukawa Defendants"); Fujikura Ltd. (the "Fujikura Defendant"); G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc. (the "G.S. Electech Defendants"); Leoni Wiring Systems, Inc. and Leonische Holding Inc. (the "Leoni Defendants"); TRAM, Inc., and Tokai Rika Co., Ltd. (the "Tokai Rika Defendants"); and Yazaki Corporation and Yazaki North America, Inc. (the "Yazaki Defendants"), with each party to bear its own fees and costs**.**  None of the DENSO Defendants, Furukawa Defendants, G.S. Electech Defendants, Leoni Defendants, Tokai Rika Defendants, or Yazaki Defendants has filed an answer or motion for summary judgment with respect to any complaint filed by Plaintiff in this action, nor has the Fujikura Defendant.

Dated:  March 10, 2022	Respectfully submitted,

    */s/ Kevin Abraham Rynbrandt*
    Kevin Abraham Rynbrandt
    Rynbrandt & Associates PLLC
    1000 Front Avenue, N.W.
    Grand Rapids, MI 49504

    Indiana Attorney General's Office
    Indiana Government Building South
    302 West Washington Street
    5th Floor
    Indianapolis, IN 46204

    ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2022, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kevin Abraham Rynbrandt*